# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:16-cr-00062 |
| | ) | |
| WILLIAM MURPHY BRADBURY, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant's motion to suppress (Dkt. No. 31) is DENIED. The clerk shall provide copies of this order and the memorandum opinion to all counsel of record.

Entered: May 30, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge